IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE LEE BROOKS,

      Plaintiff,                        No. CIV S-07-0684 FCD KJM P

    vs.

MULE CREEK STATE PRISON, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his original complaint, plaintiff alleged violations of his civil rights by defendants at Mule Creek State Prison.  However, before he filed his completed request to proceed in forma pauperis, plaintiff was transferred to Avenal State Prison and on July 5, 2007, he filed an amended complaint, alleging violations of his rights at Avenal State Prison.  This amended complaint supersedes the original complaint.  See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).

        The alleged violations in the amended complaint took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

/////

1       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
2 the proper division of a court may, on the court's own motion, be transferred to the proper
3 division of the court. Therefore, this action will be transferred to the Fresno Division of the
4 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
5 request to proceed in forma pauperis or his other motions.

6       Good cause appearing, IT IS HEREBY ORDERED that:

7       1. This court has not ruled on plaintiff's request to proceed in forma pauperis or
8 his other pending motions;

9       2. This action is transferred to the United States District Court for the Eastern
10 District of California sitting in Fresno; and

11       3. All future filings shall reference the new Fresno case number assigned and
12 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: September 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2
broo0684.22